## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL ACTION** |
| | : | **No. 03-271** |
| **JEREMY RODRIGUEZ ET AL.** | : | |
| | : | |

## ORDER

**AND NOW**, this 5TH day of June, 2024, the parties are **ORDERED** to show cause by June 18, 2024 why the Indictment (ECF No. 1) should not be unsealed and made electronically available, based on the attached letter requesting public access.

_\_\_s/ANITA B. BRODY, J._____
ANITA B. BRODY, J.