7613 US Courthouse
601 Market Street
Philadelphia, PA 19106

In Re: 2:03-CR-00271

To whom it may concern,

I am a person interested in reviewing indictments in criminal cases and was attempting to access the above listed case but it appears to remain sealed despite more than 21 years passing and a defendant being convicted.

I request this court unseal the indictment and provide it to the public via Pacer

Best,

Andrew Gruen
1515 Dekalb St
Unit 109
Norristown, PA 19401
309-531-9685