

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Salvatore L. Astolfi*
*Direct Dial: (215) 861-8431*
*Facsimile: (215) 861-8498*
*E-mail Address:salvatore.astolfi@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

June 6, 2024

**Via Hand Delivery:**
Honorable Anita B. Brody
Judge, United States District Court
7613 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1744

    RE:    **UNITED STATES V. JEREMY RODRIGUEZ, et al.**
            **Criminal No: 03-271**

Dear Judge Brody:

    I am writing in response to the Court's order dated June 6, 2024, directing the parties to show cause why the indictment in the this matter should not be unsealed. The government sees no reason for the indictment to remain under seal, therefore we are not opposed to the indictment being unsealed.

                                        Respectfully,

                                        JACQUELINE C. ROMERO
                                        United States Attorney


                                        */s Salvatore L. Astolfi*
                                        SALVATORE L. ASTOLFI
                                        Assistant United States Attorney