# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : : : | |
| v. | : : | **CRIMINAL ACTION** No. 03-271 |
| **JEREMY RODRIGUEZ, ET AL.** | : : | |

## ORDER

**AND NOW**, this 1st day of July, 2024, after having a conversation with the Defendant and hearing no objection to the request at ECF No. 141-1, it is **ORDERED** that the Indictment (ECF No. 1) is **UNSEALED**, and the Clerk of Court is directed to make the document electronically available to the public on the docket.

    s/ANITA B. BRODY, J._____
    ANITA B. BRODY, J.